PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
3:16CR05530-002

DOCKET NUMBER *(Rec. Court)*
6:20-cr-00152-AA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Vincent Phillip Corsaletti | Western Washington | Tacoma |

NAME OF SENTENCING JUDGE

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 11/15/2019 | 11/14/2022 |

OFFENSE
21 U.S.C. § 841(a), 21 U.S.C. § 841(b)(1)(B) and 21 U.S.C. § 846 Conspiracy to Distribute a Controlled Substance

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Washington___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Oregon___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___11-26-19___   ___[signature]___
Date   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Oregon___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___5/13/2020___   ___/s/Ann Aiken___
Effective Date   United States District Judge